**AIMAN-SMITH & MARCY**
PROFESSIONAL CORPORATION

Randall B. Aiman-Smith #124599
Reed W.L. Marcy #191531
Hallie Von Rock #233152
Carey A. James #269270
Brent A. Robinson #289373
7677 Oakport St. Suite 1150
Oakland, CA 94621
T 510.817.2711
F 510.562.6830
ras@asmlawyers.com
rwlm@asmlawyers.com
hvr@asmlawyers.com
caj@asmlawyers.com
bar@asmlawyers.com
Attorneys for Azariah Rivera

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZARIAH RIVERA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIQLO CALIFORNIA, LLC, FAST RETAILING USA, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-2848-JAK (JPRx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER FINALLY APPROVING CLASS ACTION SETTLEMENT**<br><br>Date:  December 17, 2018<br>Time:  8:30 a.m.<br>Judge:  Hon. John A. Kronstadt<br>Dept.:  Courtroom 10B<br><br>Complaint Filed:  January 12, 2017<br><br>First Amended Class Action Complaint Filed: March 13, 2017 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 17, 2018, at 8:30 A.M., or as soon thereafter as the matter may be heard before the Honorable John A. Kronstadt of the United States District Court for the Central District of California, 350 West First Street, Courtroom 10B, Los Angeles, California 90012, Named Plaintiff Azariah Rivera ("Plaintiff") will and hereby does move this Court for Entry of Order Finally Approving Class Action Settlement, which provides for:

(1) finally approving the Settlement Agreement as modified by the Modification to Settlement Agreement, attached as Exhibit A to the Declaration of Hallie Von Rock in Support of Plaintiff's Motion for Entry of Order Finally Approving Class Action Settlement, as being fair, reasonable, and adequate;

(2) finally approving Plaintiff Azariah Rivera as the class representative of the Class Members and finally approving the request for a Class Representative Enhancement Payment to Plaintiff in the amount of Five Thousand Dollars ($5,000);

(3) finally approving the appointment of Randall B. Aiman-Smith, Reed W.L. Marcy, Hallie Von Rock, Carey A. James and Brent A. Robinson of the law firm of Aiman-Smith & Marcy as Class Counsel;

(4) finally approving Settlement Administration Costs to be paid to Dahl Administration, LLC, in the amount of Twenty-Three Thousand Eight Hundred Sixteen Dollars ($23,816);

(5) finally approving PAGA penalties in the amount of Twenty-Six Thousand Two Hundred and Fifty Dollars ($26,250) to the California Labor and Workforce Development Agency for its seventy-five percent (75%) share of the PAGA Award not to exceed Thirty-Five Thousand Dollars ($35,000); and

(6) finally approving distribution of the Net Distribution Fund per the Settlement Agreement.

This unopposed motion is based upon the accompanying Memorandum of Points and Authorities, the Declarations of Hallie Von Rock, Plaintiff Azariah Rivera and

Plaintiff's Notice of Motion and Motion for Entry of Order Finally Approving Settlement
*Rivera, et al. v. UNIQLO California LLC, et al.*     Case No. 2:17-cv-2848 JAK (JPRx)
Page 1

1  Kelly Kratz, all the documents and exhibits in support thereof, as well as all the
2  pleadings and papers on file in this matter and any such further evidence and argument
3  as may be presented at the hearing.
4
5  Dated:  November 19, 2018                Respectfully submitted,
6                                            AIMAN-SMITH & MARCY
                                             A PROFESSIONAL CORPORATION
7
                                             /s/ Hallie Von Rock
8                                            _____
                                             Hallie Von Rock
9                                            Attorneys for Plaintiff
                                             Azariah Rivera
10

Plaintiff's Notice of Motion and Motion for Entry of Order Finally Approving Settlement
*Rivera, et al. v. UNIQLO California LLC, et al.*          Case No. 2:17-cv-2848 JAK (JPRx)
Page 2